UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REBECCA O'NEILL, | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION H-13-0333 |
| | § | |
| AMERICOLD LOGISTICS, LLC, | § | |
| *Defendant.* | § | |

## DISMISSAL ORDER

In accordance with the parties' stipulation (Dkt. 35), it is

ORDERED that all claims asserted in this case are dismissed with prejudice. Each party will pay its own costs and fees.

Signed at Houston, Texas on September 9, 2014.

Stephen Wm Smith
United States Magistrate Judge